GLENN D. WRIGHT
WRIGHT LAW FIRM, PC
60 EAST 42ND STREET, SUITE 46
NEW YORK, NEW YORK 10165
TELEPHONE: 212-619-1500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/04/2022

**March 31, 2022**

**Via CM/ECF**

Magistrate Sarah Netburn
United States District Court
Southern District of New York

    *Re:    Alexander Gomez vs. DJG Regency Properties Limited Partnership & Three One Two Inc.*
          *Civil Action No.: 1:21-cv-10711-AJN-SN*
          *Letter-Motion to Adjourn Conference*

Dear Magistrate Sarah Netburn,

    I represent both Defendants in the above-referenced matter.

    The parties have reached a settlement in principle, and wish to adjourn the conference on Monday, April 4, 2022, for 30 days.

    The Plaintiff consents to this request.

    Thank you for your consideration.

          Respectfully Submitted,

          WRIGHT LAW FIRM

          s//Glenn D. Wright, Esq.
          GLENN D. WRIGHT, ESQ.

---

By May 2, 2022, the parties shall either file a stipulation of dismissal or a letter on the status of settlement negotiations.
**SO ORDERED.**

          _____
          SARAH NETBURN
          United States Magistrate Judge

Dated: April 4, 2022
      New York, New York